**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOHNNY L. McGOWAN, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 3:14-0578** |
| | ) | **JUDGE TRAUGER/ KNOWLES** |
| | ) | |
| | ) | **JURY DEMAND** |
| **DR. O. OSBORNE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court upon the pro se prisoner Plaintiff's "Motion for a Subpoena for Medical Records." Docket No. 39. The Motion is purportedly filed pursuant to Fed. R. Civ. P. 45(a) and (b), "and other particular rules of law. . . ." Plaintiff seeks a complete and exact copy of his "medical file" from February 12, 2013, to March 3, 2014. *Id.*

Subpoenas are properly issued to non-parties, not to parties. *See Estate of Carvel v. Ross*, 566 F. Supp. 2d, 342,351 (D. Del. 2008) (court refused to issue subpoena to pro se plaintiff for discovery from defendant).

Plaintiff clearly seeks a subpoena "to the Defendants. . . ." The Federal Rules of Civil Procedure provide appropriate means for Plaintiff to seek documents from Defendants.

For the foregoing reasons, the instant Motion (Docket No. 39) is DENIED.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge