# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY L. McGOWAN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) CASE NO. 3:14-0578 |
| | ) JUDGE TRAUGER/ KNOWLES |
| | ) |
| | ) JURY DEMAND |
| DR. O. OSBORNE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court upon the pro se prisoner Plaintiff's "Motion for Court Order." Docket No. 53. The Motion seeks "an Order directing that the Defendant Corizon, Inc. turnover the name of the 'Executive Administrator' for Corizon, Inc. . . . ."

Corizon has filed a Response in Opposition to the Motion. Docket No. 56. Corizon states that Plaintiff has not served any discovery on Corizon and, therefore, that the instant Motion is an improper Motion to Compel. Corizon further states that it "does not know" the person Plaintiff seeks as the "Executive Administrator."

Plaintiff has filed a Reply which states in relevant part:

> Plaintiff states that the Executive Administrator for Corizon, Inc. (whoever that maybe is to be a defendant in this case) is to be "served with process" but first that person's identity has to be known. And this is the proper process for handling this situation.

Docket No. 57, p. 1.

Defendant is correct that Plaintiff is attempting to compel it to produce information that

has not been properly requested.

For the foregoing reasons, the instant Motion (Docket No. 53) is DENIED.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge