IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY L. MCGOWAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0578 |
| | ) | Judge Trauger |
| DR. O. OSBORNE, CORIZON MEDICAL, | ) | Magistrate Judge Knowles |
| LT. KEVIN GUNN, W.T.S.P., DR. CLEMENT | ) | |
| BARNARD, and DARREL THOMAS, D.S.N.F., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is set for a jury trial on July 21, 2015 at 9:00 a.m. It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order. He shall assist the plaintiff with the preparation of subpoenas, discuss exhibits, instructions and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case. If he considers it appropriate to appoint counsel to represent the plaintiff at trial, he should do so.

It is so **ORDERED**.

ENTER this 19th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge