# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY L. McGOWAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. 3:14-0578 |
| vs. | ) | JUDGE TRAUGER/KNOWLES |
| | ) | |
| | ) | JURY DEMAND |
| DR. O. OSBORNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon the pro se prisoner Plaintiff's "Motion for Service of Process for Defendant Vicky Bybee." Docket No. 103. Plaintiff states that Defendant Bybee has "been added to this case as per Docket Entry #95, so service of process is warranted." *Id*.

Docket No. 95 is an Order entered July 1, 2014, that granted Plaintiff's Motion (Docket No. 87) to delete all references in his Complaint to Dr. O. Osborne and to replace those references with Vicky Bybee.

The instant Motion is GRANTED as follows. The Clerk is instructed to send Plaintiff a service packet (a blank Summons and USM 285 Form) for Defendant Bybee. Plaintiff will complete the service packet and return it to the Clerk's Office within twenty-one (21) days of the date of receipt of this Order.

Upon return of the service packet, process shall issue to Defendant. Plaintiff is forewarned that the failure to return the completed service packet within the time required could jeopardize his prosecution of this action.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge