IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY L. McGOWAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. 3:14-0578 |
| vs. | ) | JUDGE TRAUGER/KNOWLES |
| | ) | |
| | ) | JURY DEMAND |
| | ) | |
| DR. O. OSBORNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon the pro se prisoner Plaintiff's "Motion for Service of Process." Docket No. 54. Plaintiff moves the Court to order the U.S. Marshal Service to issue "personal" service of process on Defendant Dr. Clement Barnard. *Id*.

After the filing of the instant Motion, counsel for Dr. Barnard completed and filed a "Waiver of the Service of Summons." Docket No. 77. Additionally, Dr. Barnard has filed an Answer in this action. Docket No. 90.

For the foregoing reasons, the instant Motion (Docket No. 54) is DENIED AS MOOT.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge