IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY L. MCGOWAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0578 |
| | ) | Judge Trauger |
| DR. O. OSBORNE, CORIZON MEDICAL, | ) | Magistrate Judge Knowles |
| LT. KEVIN GUNN, W.T.S.P., DR. CLEMENT | ) | |
| BARNARD, and DARREL THOMAS, D.S.N.F., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 17, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 106), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the finding of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that Dr. O. Osborne is **DISMISSED** as a defendant in this action **WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 19th day of AugustJune 2014.

_____
ALETA A. TRAUGER
U.S. District Judge