# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY L. MCGOWAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0578 |
| | ) | Judge Trauger |
| CORIZON MEDICAL, *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

## O R D E R

On September 5, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 134), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the finding of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant Darrell Thomas (Docket No. 58) is **DENIED AS MOOT**.

It is so **ORDERED**.

ENTER this 8th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge